In the Matter of PAULINE SHRAEDER, Respondent, against PAUL J. KERN et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Appellants.

Submitted January 5, 1942; decided January 22, 1942.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 287 N. Y. 13.)